CENTER FOR DISABILITY ACCESS
Ray Ballister, Jr., Esq., SBN 111282
Mark Potter, Esq., SBN 166317
Phyl Grace, Esq., SBN 171771
Dennis Price, SBN 279082
Mail: PO Box 262490
San Diego, CA 92196-2490
Delivery: 9845 Erma Road, Suite 300
San Diego, CA 92131
(858) 375-7385; (888) 422-5191 fax
phylg@potterhandy.com

BUCHALTER NEMER
A Professional Corporation
ARTHUR CIDNSKI (SBN: 48945)
E-mail: achinski@buchalter.com
WILLIAM M. MILLER (SBN: 216289)
E-mail: wmiller@buchalter.com
1000 Wilshire Boulevard, Suite 1500
Los Angeles, CA 90017-2457
Telephone: (213) 891-0700
Facsimile: (213) 896-0400
Attorneys for Defendants,
The Dodsworth Building, LLC, a California Limited Liability Company, and The Cheesecake Factory Restaurants, Inc., a California Corporation

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEJANDRO DIAZ,<br><br>    Plaintiff,<br><br>v.<br><br>THE DODSWORTH BUILDING, LLC, a California Limited Liability Company;<br>THE CHEESECAKE FACTORY RESTAURANTS, INC., a California Corporation; and Does 1-10,<br><br>    Defendants. | Case: 2:16-CV-02814-PSG-AFM<br><br>**JOINT NOTICE OF SETTLEMENT** |

1

The Parties hereby jointly notify the court that, without an admission of any kind as to the allegation in the Complaint, a global settlement has been reached in the above-captioned case and the parties would like to avoid any additional expense, and further the interests of judicial economy.

All Parties, therefore, apply to this Honorable Court to vacate all currently set dates with the expectation that the Joint Stipulation for Dismissal with prejudice as to all parties will be filed within 60 days. The Parties further request that the Court schedule a Status Conference/OSC Hearing approximately 60 days out at which the Parties, by and through their attorneys of record shall show cause why this case has not been dismissed.

Dated: July 1, 2016          CENTER FOR DISABILITY ACCESS

                                         By: /s/ Phyl Grace
                                                       Phyl Grace
                                                       Attorneys for Plaintiff

Dated: July 1, 2016          BUCHALTER NEMER

                                         By: /s/ William M. Miller
                                                     William M. Miller
                                                     Attorneys for Defendants
                                                     The Dodsworth Building, LLC, a California Limited Liability Company, and The Cheesecake Factory Restaurants, Inc., a California Corporation

## SIGNATURE CERTIFICATION

Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures Manual, I hereby certify that the content of this document is acceptable to William M. Miller, counsel for The Dodsworth Building, LLC, a California Limited Liability Company, and The Cheesecake Factory Restaurants, Inc., a California Corporation, and that I have obtained Mr. Miller's authorization to affix his electronic signature to this document.

Dated: July 1, 2016    CENTER FOR DISABILITY ACCESS

By: /s/ Phyl Grace
    Phyl Grace
    Attorneys for Plaintiff