CENTER FOR DISABILITY ACCESS
Raymond G. Ballister, Jr. SBN 111282
Mark Potter, SBN 166317
Phyl Grace, Esq., SBN 171771
Dennis Price, SBN 279082
9845 Erma Road, Suite 300
San Diego, CA 92131
(858) 375-7385
(888) 422-5191 fax
mark@potterhandy.com
Attorneys for Plaintiff

E-FILED 9/9/16
JS-6

BUCHALTER NEMER
A Professional Corporation
ARTHUR CIDNSKI (SBN: 48945)
E-mail: achinski@buchalter.com
WILLIAM M. MILLER (SBN: 216289)
E-mail: wmiller@buchalter.com
1000 Wilshire Boulevard, Suite 1500
Los Angeles, CA 90017-2457
Telephone: (213) 891-0700
Facsimile: (213) 896-0400
Attorneys for Defendants,
The Dodsworth Building, LLC, a California Limited
Liability Company, and The Cheesecake Factory
Restaurants, Inc., a California Corporation

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEJANDRO DIAZ,<br><br>     Plaintiff,<br><br>v.<br><br>THE DODSWORTH BUILDING, LLC, a California Limited Liability Company; THE CHEESECAKE FACTORY RESTAURANTS, INC., a California Corporation; and Does 1-10,<br><br>     Defendants, | Case:   2:16-CV-02814-PSG-AFM<br><br>**JOINT STIPULATION FOR DISMISSAL PURSUANT TO F.R.CIV.P. 41 (a) (1)** ; ORDER |

1

Joint Stipulation for Dismissal            Case: 2:16-CV-02814-PSG-AFM

## STIPULATION

Pursuant to F.R.CIV.P.41(a)(1), IT IS STIPULATED by and between the parties hereto that this action may be dismissed with prejudice as to all parties; each party to bear his/her/its own attorneys' fees and costs. This stipulation is made as the matter has been resolved to the satisfaction of all parties.

Dated: September 9, 2016  CENTER FOR DISABILITY ACCESS

By: /s/ Phyl Grace
    Phyl Grace
    Attorneys for Plaintiff

Dated: September 9, 2016  BUCHALTER NEMER

By: /s/ William M. Miller
    William M. Miller
    Attorneys for Defendants
    The Dodsworth Building, LLC, a California Limited Liability Company, and The Cheesecake Factory Restaurants, Inc., a California Corporation

IT IS SO ORDERED.
DATED: 9/9/16
_____
**U.S. DISTRICT JUDGE**

## SIGNATURE CERTIFICATION

Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures Manual, I hereby certify that the content of this document is acceptable to William M. Miller, counsel for The Dodsworth Building, LLC, a California Limited Liability Company, and The Cheesecake Factory Restaurants, Inc., a California Corporation, and that I have obtained Mr. Miller's authorization to affix his electronic signature to this document.

Dated: September 9, 2016          CENTER FOR DISABILITY ACCESS

                                  By: /s/ Phyl Grace
                                      Phyl Grace
                                      Attorneys for Plaintiff